UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANCEL MONTENELLI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ALBERTSON'S INC., )<br>)<br>Defendant. )<br>) | 1:17-cv-08250<br><br>Honorable Amy J. St. Eve |

## NOTICE OF SETTLEMENT

Plaintiff ANCEL MONTENELLI, and Defendant NEW ALBERTSON'S INC., by and through their undersigned counsel, hereby jointly notify this Court that a settlement has been reached in the above-captioned matter. The Parties are in the process of memorializing the agreement and anticipate filing a stipulation of dismissal with prejudice shortly. The Parties request all pending deadlines and Court appearances be struck.

DATED: March 5, 2018

                 Respectfully submitted,

                 ANCEL MONTENELLI

                 By: *s/ Scott Richard Dinin*

                 NEW ALBERTSON'S INC.

                 By: *s/ Kevin A. Fritz*

| | |
|---|---|
| Scott Richard Dinin<br>Scott R Dinn P.a.<br>4200 NW 7th Ave<br>Miami, FL 33127<br>(786) 431-1333<br>Email: srd@dininlaw.com<br>*Attorneys for Plaintiff* | Kevin Andrew Fritz<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606<br>(312) 460-5586<br>Email: kfritz@seyfarth.com<br>*Attorneys for Defendant* |

44923468v.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 5, 2018, he caused the foregoing **NOTICE OF SETTLEMENT** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon counsel of record via electronic mail/notice of filing.

*s/ Kevin A. Fritz*

44923468v.1