# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MONTENELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:17-cv-08250 |
| | ) |
| NEW ALBERTSON'S INC., | ) Honorable Amy J. St. Eve |
| | ) |
| Defendant. | ) |

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff ANCEL MONTENELLI and Defendant NEW ALBERTSON'S INC., hereby stipulate and agree to the dismissal of this action, with prejudice, each party to bear their own costs, including attorney fees, as all matters in controversy have been fully resolved. The Parties further request that the Court vacate any and all pending Court dates and deadlines.

DATED: March 27, 2018

Respectfully submitted,

| | |
|---|---|
| ANCEL MONTENELLI | NEW ALBERTSON'S INC. |
| By: *s/ Scott Richard Dinin* | By: *s/ Kevin A. Fritz* |
| Scott Richard Dinin | Kevin A. Fritz |
| SCOTT R DININ P.A. | SEYFARTH SHAW LLP |
| 4200 NW 7th Ave | 233 S. Wacker Drive, Suite 8000 |
| Miami, FL 33127 | Chicago, Illinois 60606 |
| (786) 431-1333 | kfritz@seyfarth.com |
| srd@dininlaw.com | (312) 460-5000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

45516407v.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 27, 2018, he caused the foregoing **STIPULATION FOR VOLUNTARY DISMISSAL** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon counsel of record via electronic mail/notice of filing.

*s/ Kevin A. Fritz*

45516407v.1